**WO**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  -vs-<br><br>Aurora Valdez,<br><br>        Defendant. | **ORDER**<br><br>No.  06-0136-M (LOA) |
| United States of America,<br><br>        Plaintiff,<br><br>  -vs-<br><br>Yolanda Sosa,<br><br>        Defendant. | No.  06-0137-M (LOA) |

Upon motion of the defendants, no objection from the Government or Pretrial Services, and good cause appearing,

IT IS HEREBY ORDERED modifying Aurora Valdez's and Yolanda Sosa's release conditions as follows:  Aurora Valdez and Yolanda Sosa may have contact and communicate with each other for the purpose of traveling to and from Ohio and attending their initial hearing on April 26, 2006 except that these Defendants shall not discuss the details and substantive issues of these criminal charges.  All other conditions remain unchanged and in effect.

DATED this 14th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge